IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ATM EXPRESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04CV990-M |
| | ) | [WO] |
| MONTGOMERY, ALABAMA, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the plaintiff's Motion For Attorney Fees, filed on 29 July 2005 (Doc. # 41), and the parties' representations made in their Joint Motion filed on 30 September 2005 (Doc. # 50), it is

ORDERED that the Motion For Attorney Fees is GRANTED in part and DENIED in part, pending the parties' further negotiations. Based upon the parties' mutual agreement that the City of Montgomery will pay attorney fees to the plaintiff, the court concludes that attorney fees are due. However, the court declines to determine the amount of fees and costs due to the plaintiff, and the plaintiff is hereby granted leave to refile its motion for attorney fees should the parties' further negotiations fail to result in a consensus on the amount of fees and costs.

DONE this 4th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE