IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ATM EXPRESS, INC, a Florida Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:04CV990-VPM [WO] |
| MONTGOMERY, ALABAMA, et al., | ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 8 July 2005, the court entered a Judgment in favor of the plaintiff and an injunction in this case (Doc. # 36). Since that date, and pursuant to subsequent court orders, the parties have engaged in discussions designed to settle the remaining issue of damages. On 24 May 2006, the parties filed a Joint Motion to Grant Additional Time for the Development of Damages (Doc. # 58), and in an attempt to clarify the parties' intentions, the court conducted a telephone conference with counsel for the parties on the same date.

Upon consideration of the Joint Motion and counsel's representations during the telephone conference, and for good cause, it is ORDERED as follows:

1. On or before 9 June 2006, ATM shall produce original documents in Montgomery for the defendant's inspection and copying, if necessary, for the purpose of fulfilling the objectives articulated in paragraphs 3, 5, 6, and 7 of the Joint Motion, including, but not limited to, an audit of the records. It is understood that the documents shall be made available at the plaintiff's offices

       in Montgomery and may be reviewed by defendant's counsel and its experts.

2. On or before 11 August 2006, the defendant shall complete its audit and records review and any discovery necessary to ascertain the sources and validity of the plaintiff's damages assessment.

3. On or before 1 September 2006, the parties shall jointly notify the court whether they have reached a settlement agreement.  Counsel are ADVISED that the notice contemplated in this provision is not notice that the case "can be" or "will be" settled.  The court's interest on 1 September 2006 is limited to whether the parties have agreed on all of the terms of a final settlement of damages as of that date.

4. If the parties are unable to agree as specified in paragraph 3 herein, they shall file a Notice of Settlement of Damages and a Joint Stipulation for dismissal on or before 15 September 2006.

5. If the parties are able to agreed as specified in paragraph 3, the parties have agreed to participate in and complete private mediation of the damages issue on or before 2 October 2006.   If mediation is unsuccessful, the court will reinstate the briefing and hearing schedule for the purpose of adjudicating the damages.

The parties are strongly encouraged to use their best efforts to facilitate the goals of this order.

DONE this 26th day of May, 2006.

                                                      /s/ Vanzetta Penn McPherson
                                                      VANZETTA PENN MCPHERSON
                                                      UNITED STATES MAGISTRATE JUDGE