IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ATM EXPRESS, INC, a Florida Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:04CV990-VPM [WO] |
| MONTGOMERY, ALABAMA, et al., | ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the defendants' Motion for Additional Time for the Development of Damages, filed on 21 August 2006 (Doc. # 60), is GRANTED. Accordingly, it is further ORDERED as follows:

1. The deadline for completing the defendants' audit and review is hereby EXTENDED from 11 August 2006 to 21 September 2006.

2. The deadline for the parties' notice to the court regarding a settlement agreement is hereby EXTENDED from 1 September 2006 to 2 October 2006.

3. Assuming the parties reach a settlement agreement by 2 October 2006, the deadline for their submission of a Notice of Settlement of Damages and Joint Stipulation of Dismissal is hereby EXTENDED from 15 September 2006 to 16 October 2006.

4. If the parties are unable to reach a settlement, the deadline for completing private mediation of the damages issue is hereby EXTENDED from 2 October 2006 to 3 November 2006.

DONE this 23rd day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE